AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   11-mj-01192-KLM |
| | ) | |
| BRENT MAILAND, | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of _____Denver_____ in the _____ District of _____Colorado_____ , the defendant violated _____18_____ U. S. C. § 641 _____ , an offense described as follows:

On or about December 12, 2011, in the State and District of Colorado, the defendant, BRENT MAILAND, knowingly and unlawfully embezzled, stole and converted to his own use, without authority, money and things of value of the United States, the value of which was more than $1,000.00.
All in violation of Title 18, United States Code, Section 641.
See Attachment 1, incorporated herein.

This criminal complaint is based on these facts:

See Affidavit of Chris S. Kenefick, Special Agent, U.S. Department of Energy, incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Chris S. Kenefick   Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  12/22/11
_____

_____
Judge's signature

City and state:          Denver, Colorado

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Printed name and title

**AFFIDAVIT OF SPECIAL AGENT CHRIS S. KENEFICK IN SUPPORT OF APPLICATION FOR COMPLAINT**

I, CHRIS S. KENEFICK, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

I am a Special Agent with the United States Department of Energy (DOE), Office of Inspector General (OIG) and have been since August 2008. Prior to my employment with the DOE OIG I was a Special Agent with the United States Secret Service from February 2002 through August 2008. While a Special Agent with these two law enforcement agencies, I have received training in criminal investigative techniques in such areas as network intrusion, computer evidence recovery, interviewing, and surveillance. In addition, I have been trained and worked on various fraud investigations involving criminal violations related to theft of government property, false claims, false statements, mail fraud, and wire fraud. During my career as a Special Agent I have participated in multiple warranted searches, to include searches involving storage units, residences, businesses, and the recovery of computers and computer peripherals.

This affidavit is made in support of an application by the United States of America for the issuance of a complaint for Mr. Brent Mailand, DOB: 06/30/1964. I believe this affidavit will show that there is probable cause that Mailand committed criminal violations of Title 18, United States Code, Sections 641 (Theft of Government Property) causing approximately a $100,000.00 loss to the U.S. government.

## APPLICABLE STATUTES

Title 18, United States Code, Section 641 (Theft of Government Property provides that whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted - Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

## BACKGROUND INFORMATION AND DEFINITIONS

The United States Department of Energy (DOE) is a department of the United States government with a mission to advance the national, economic, and energy security of the United States. In fulfillment of its mission, the DOE funds the Western Area Power Administration (WAPA). WAPA markets and delivers reliable, renewable, cost-based hydroelectric power and

1

related services within a 15 State Region of the central and western United States. WAPA is one of four power marketing administrations within the U.S. Department of Energy whose role is to market and transmit electricity from multi-use water projects. The transmission system carries electricity from 57 power plants operated by the Bureau of Reclamation, U.S Army Corps of Engineers and the International Boundary and Water Commission.

The DOE OIG is a law enforcement agency tasked with investigating potential fraud, waste, and abuse related to DOE programs and operations.

## STATEMENT OF PROBABLE CAUSE

The information set forth below is provided as a broad overview of the investigation conducted to date. It does not include a listing of all investigative techniques employed and does not set forth my full and complete knowledge about all facts and information related to this investigation.

On December 14, 2011, the DOE OIG received information from WAPA that there was a theft of government property from the WAPA Sterling, CO electrical substation located at 13402 Logan County Road, Sterling, CO 80751. It was reported that Mr. Bob Callen, WAPA employee, discovered the theft on December 13, 2011. Callen reported that he arrived at the Sterling substation on December 13, 2011 at approximately 5:30 AM. Callen reported that upon his arrival he observed that the main gate was open and the locks for the gate had been cut. Callen said as he entered the site he observed the overhead garage door for the storage building on the site was open and his WAPA assigned work vehicle was missing. He identified the truck as a white 2006 Ford F-550. Callen reported that the truck had been stolen along with various tools that were located in his vehicle. Callen reported that he contacted the Logan County Sheriff's Office (LCSO) who responded to the scene.
Further observations by Callen and the LCSO indicated that the fence surrounding the Sterling substation was cut. Based on a review of the police report and DOE OIG interviews of Callen, the following items were identified as stolen in addition to the 2006 Ford F550 truck:

> Approximately 250 to 300 feet of copper wire, hydraulic wire cutters, circle cutters, termination crimpers, wire strippers, vice crips, telephone wire scissors, channel lock pliers, socket sets, utility clamps and connectors, wrench sets, plastic containers, two fluke multimeters, clamp-on AC/DC amp meter, compressed air bottle, compressed air regulators, telescoping hot sticks, pipe wrenches, adjustable wrenches, six cables with heavy insulation, a nitrogen tank, a Samsung cellular telephone.

Callen reported an estimated loss to the government to be approximately $100,000.00.

On December 19, 2011, SA Justin Kessel, DOE OIG, and I met with the Sgt. Russ Swingle and Deputy Maryann Johnson, LCSO. Sgt Swingle and Deputy Johnson confirmed that the WAPA Sterling substation was burglarized between December 12, 2011 and December 13, 2011. Deputy Johnson advised that the Xcel Energy power station located at 13541 Logan County

2

Road, Sterling, CO was also burglarized at approximately the same time as the WAPA Sterling substation. Deputy Johnson indicated that approximately 500 feet of copper wire was stolen from the Xcel facility.

Sgt Swingle advised that property was stolen from another private business identified as Skyline Machine & Supply Incorporated (Skyline) on December 12, 2011. Sgt. Swingle stated that the Skyline owner, Mr. Bill Henry, had installed a hidden motion activated camera on his property based on previous thefts. Sgt. Swingle advised that photographs were taken of the suspects near the property that was stolen on December 12, 2011 between 11:40 PM and 11:43 PM. Swingle provided copies of the photographs.

A review of the photographs showed two vehicles arriving at approximately 1130 PM. One vehicle appeared to be the white WAPA Ford F550 vehicle stolen from the WAPA Sterling substation. The other vehicle identified appeared to be a light colored Hino FB truck. The photographs showed an individual exiting the vehicle and moving into the area where the stolen items were located. The items identified as being stolen from Skyline was an Ajax pumping unit carburetor, engine governor, and an electric starter.

Sgt. Swingle advised that on an unrelated incident on December 11, 2011, a light colored Hino truck was stopped by LCSO Deputy Matthew Williams. Sgt. Swingle advised that Deputy Williams identified three occupants in the vehicle identified as Mr. Brent Mailand, Mr. Matthew Tears, and Ms. Kimberly Tears. Sgt. Swingle advised the Hino truck possessed a Colorado temporary tag # 628807H which is registered to Mailand at 3248 South Sherman Street, Englewood, CO.

A review of criminal database checks for Mailand indicated a previous address for him at 13544 W. Virginia Drive, Lakewood, CO.

On December 20, 2011, Mailand's 1988 Hino vehicle was observed at 13544 W. Virginia Drive, Lakewood, CO by SA Adam Kowalski, Department of Homeland Security, Federal Protective Service. While SA Kowalski was observing the vehicle, Mailand and another individual left the residence in his Hino vehicle. After Mailand departed the residence, Lakewood police officer Jon Key stopped the vehicle for traffic violations. Officer Key advised that Mailand told him during the traffic stop that he was en route to a storage facility identified as West Evans Storage.

A computer database search revealed that West Evans Storage was located at 1208 West Evans Avenue, Denver, CO 80223.

On December 21, 2011, SA Kessel and I interviewed Ms. Christine Holiman, Manager of West Evans Storage. Holiman advised that Mailand rented storage unit # 2102 at West Evans Storage on December 13, 2011. Holiman also showed agents photos of Mailand on December 13, 2011. The photos showed Mailand's interaction in the office as well as entering the West Evans facility in his 1988 Hino truck on December 13, 2011

3

On December 21, 2011, SA Kessel and I observed Mailand enter the West Evans Storage facility. SA Kessel and I observed Mailand at his opened storage unit identified as #2102. Mailand and an unknown female were observed by SA Kessel and I unloading various items into his storage unit from his 1988 Hilo truck. SA Kessel and I also observed multiple boxes, trash bags full of unknown items, metal clamps and a tool handle inside the open storage unit. In addition, I observed bolt cutters, a large toolbox, and chained linked fence pieces on the Hino truck while observing Mailand and the unknown female unload the vehicle. After unloading the vehicle, Mailand and the unknown female departed West Evans Self Storage.

Continuing on December 21, 2011, SA Adam Kowalski contacted Mailand in response to Mailand's return to West Evan Storage. SA Kowalski identified himself as a federal agent and advised Mailand that he was not under arrest. Mailand voluntarily agreed to speak with SA Kowalski regarding the theft of government property from Sterling, CO in the parking lot of West Evans Storage. During the interview, Mailand admitted that he illegally entered into the WAPA Sterling substation and stole the WAPA Ford F550 government vehicle. Mailand said that he only took the vehicle after he observed the keys were in the ignition of the vehicle. Mailand advised that the vehicle was currently in a parking lot located at the intersection of Alameda Parkway and Garrison in Lakewood, CO. At that time, SA Kowalski placed Mailand in custody for the theft of government property from the WAPA Sterling substation.

Continuing on December 21, 2011, Mailand was interviewed at the DOE OIG office located in Lakewood, CO. Prior to the interview, I advised Mailand of his Miranda Warnings and he voluntarily signed the Advice and Waiver of Rights form agreeing to speak with SA Kowalski and I regarding the theft of government property in Sterling, CO. During the interview he admitted that he illegally entered the Xcel facility and the WAPA Sterling substation in Sterling, CO. He admitted to stealing copper wire from the XCEL facility, and the WAPA substation facility. He admitted that he stole the WAPA Ford F550 truck and ultimately drove it to Lakewood, CO. Mailand said the tools stolen from the WAPA Ford 550 truck were located in his storage unit at West Evans Self Storage. Mailand said the stolen tools were located in four containers located throughout the storage unit. Mailand also advised that he sold all of the stolen copper from the Xcel and WAPA substations at three different recycle businesses located in the Denver, CO area. He advised that he was paid approximately $300.00 for the copper wire stolen from the WAPA substation and $200.00 to $300.00 for the stolen Xcel copper wire.

Continuing on December 21, 2011, SA Justin Kessel located the WAPA Ford F550 in the parking located near the intersection Alameda Parkway and Garrison Street as Mailand previously described. The WAPA Ford F550 was recovered and secured by the Lakewood, CO Police Department.

4

## CONCLUSION

Based upon the foregoing, I believe that there is probable cause that Mailand committed criminal violations of Title 18, United States Code, Sections 641 (Theft of Government Property) causing approximately a $100,000.00 loss to the U.S. government.

_____
Special Agent Chris S. Kenefick
U.S. Department of Energy, Office of Inspector General

SWORN AND SUBSCRIBED TO BEFORE ME THIS 22nd DAY OF December, 2011.

_____
U.S. Magistrate Judge

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

5

**Attachment 1 to Criminal Complaint**

**Count 1:**

On or about December 12, 2011, in the State and District of Colorado, the defendant,  BRENT MAILAND, knowingly and unlawfully embezzled, stole and converted to his own use, without authority, money and things of value of the United States, the value of which was more than $1,000.00.

All in violation of Title 18, United States Code, Section 641.