IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00030-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENT MAILAND,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that counsel for the Government shall retain custody of its exhibits from the sentencing hearing until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 6th day of May 2013.

BY THE COURT:

_William J. Martínez, Judge_

_____
Attorney for Government

N/A
_____
Attorney for Defendant